AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., A Connecticut Corporation,<br><br>*Plaintiff(s)*<br>v.<br>C&R DELANEY, LLC d/b/a AAA TRANSPORTERS, A Florida Limited Liability Company<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 24cv21209 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    C&R Delaney, LLC D/B/A AAA Transporters
    6340 SW 163rd Place
    Miami, FL 33193

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Terry M. Sanks, Esq.
    BEUSSE SANKS, PLLC
    157 East New England Avenue, Suite 375
    Winter Park, Florida 32789
    Email: tsanks@firstiniplaw.com
    Telephone: (407) 644-8888

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Apr 1, 2024

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ K. Pierre*
Deputy Clerk
U.S. District Courts